FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 JUL 13   AM 10: 45

CLERK _B McCarty_
SO. DIST. OF GA.

## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

BILLY GUYTON, SR.,                    )
                                      )
      Petitioner,             )        CIVIL ACTION NO.: CV205-233
                                      )
    v.                          )
                                      )
UNITED STATES OF AMERICA,             )        (Case No.:  CR297-026)
                                      )
      Respondent.             )

## CERTIFICATION OF APPEALABILITY

     Pursuant to 28 U.S.C. § 2253(c), an appeal may not be taken in this matter unless the Court issues a Certificate of Appealability. This certificate may issue only if Petitioner has made a substantial showing of the denial of a constitutional right. If granted, the certificate must indicate which specific issue or issues satisfy this showing. In accordance with the foregoing, a Certificate of Appealability is hereby **DENIED** as Petitioner has not made a substantial showing of the denial of a constitutional right.

     Petitioner's Motion for Appointment of Counsel to assist him on his appeal is also **DENIED**.

     **SO ORDERED**, this _13th_ day of _July_ , 2006.

_____
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev. 8/82)