**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 JAN -8  P 2: 04

CLERK _S. Sallectoire_
SO. DIST. OF GA.

| | | |
|---|---|---|
| BILLY GUYTON, SR., | ) | |
| Petitioner, | ) | CIVIL ACTION NO.: CV205-233 |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | (Case No.:  CR297-026) |
| Respondent. | ) | |

**O R D E R**

Petitioner's Motion for Transcripts at no charge to him is **DENIED**.

**SO ORDERED**, this _8th_ day of January, 2007.


_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)