FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 FEB 23 AM 11:33
CLERK _____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Brunswick Division

| | |
|---|---|
| United States of America<br>v.<br>Billy Guyton, Sr. | )<br>)<br>) Case No: CR297-00026-001<br>) USM No: 09562-021<br>) William B. Johnson<br>) Defendant's Attorney |

Date of Original Judgment: February 26, 1998
Date of Previous Amended Judgment: January 28, 2015
*(Use Date of Last Amended Judgment if Any)*

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __384__ months **is reduced to** __312 months__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated February 26, 1998, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 2-23-2016

_____
Judge's signature

Effective Date: 2-23-2016
*(if different from order date)*

Dudley H. Bowen, Jr.
United States District Judge
*Printed name and title*