IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 297-026 |
| | * | |
| BILLY GUYTON, SR. | * | |

O R D E R

Before the Court in the captioned case is Defendant Billy Guyton, Sr.'s request to terminate his term of supervised release. Defendant began his ten-year term of supervised release on April 12, 2019 under the supervision of the Middle District of Florida. While Defendant has maintained steady employment and a stable residence, his supervision has not been without incident. Defendant's drug screen has been positive for cocaine on two occasions in August of 2019. Defendant then enrolled in and completed an out-patient substance abuse treatment. While Defendant has performed well since that time, he has not had a drug screen since February 19, 2020, because of the COVID-19 pandemic.

Based upon the violations mentioned above and the short duration of his supervision, the United States Probation Office and the United States Attorney's Office do not recommend early termination at this point. The Court agrees and concludes that the community

at large and Defendant himself will benefit from continued supervision.

Upon the foregoing, Defendant Guyton's motion for early termination of supervised release (doc. no. 641) is **DENIED** without prejudice to renew 18 months from now.

**ORDER ENTERED** at Augusta, Georgia, this 1st day of ~~January~~ February 2021.

_____
UNITED STATES DISTRICT JUDGE